IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOEL PATRICK MOYERS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 2:16-CV-641-WKW |
| | )              [WO] |
| STATE OF ALABAMA, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

On August 15, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 2.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 2) is ADOPTED;

(2) This case is TRANSFERRED to the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE this 14th day of September, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE